OFFICE OF DISCIPLINARY COUNSEL *v.* WHERRY.

[Cite as *Disciplinary Counsel v. Wherry* (2000), 87 Ohio St.3d 584.]

(No. 99–1556—Submitted October 12, 1999—Decided January 19, 2000.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Lori J. Brown,* First Assistant Disciplinary Counsel, for relator.

*Melanie Mills,* for respondent.

---

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. As we noted in *Cleveland Bar Assn. v. Belock* (1998), 82 Ohio St.3d 98, 100, 694 N.E.2d 897, 899, "The continuing public confidence in the judicial system and the bar requires that the strictest discipline be imposed in misappropriation cases." The appropriate sanction when a lawyer knowingly converts funds for the lawyer's benefit is disbarment. Cf. *Cuyahoga Cty. Bar Assn. v. Churilla* (1997), 78 Ohio St.3d 348, 678 N.E.2d 515. In this case, respondent not only converted funds but also filed false reports with the probate court.

Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.